UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/26/2026

In re Eletson Holdings, Inc.

        25-cv-6164 (LJL)
        25-cv-6316 (LJL)

ORDER

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Appellee "Reorganized Holdings" has moved to dismiss the appeal in these two related appeals of Bankruptcy Court orders. *See* Dkt. No. 25-cv-6164, ECF No. 10; Dkt. No. 25-cv-6316, ECF No. 12. In each action, Appellant "Provisional Eletson Holdings, Inc." submitted letters clarifying that it will not be filing any opposition to either appeal on June 8 and June 10, 2026. *See* Dkt. No. 25-cv-6164, ECF Nos. 12–13; Dkt. No. 25-cv-6316, ECF Nos. 14–15. Accordingly, the motions to dismiss in each case are granted as unopposed. The Clerk of Court is respectfully requested to close all open motions in both actions, and to terminate both cases.

      SO ORDERED.

Dated: June 26, 2026
      New York, New York
                             LEWIS J. LIMAN
                       United States District Judge